# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICIA VENNER<br><br>Plaintiff,<br><br>v.<br>BANK OF AMERICA ET AL<br><br>Defendants. | ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES<br><br>Case Number: 07cv4040-JBS<br><br>APPEAL |

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☑ GRANTED

☐ DENIED, for the following reasons:

_____

_____

ENTERED this __29th__ day of __December__, 2009

*Jerome B. Simandle*
Hon. Jerome B. Simandle, USDCJ